# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| VERYL JEFFERSON, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:16CV34 |
| | ) | |
| V. | ) | |
| | ) | |
| 44TH STREET WESTERN HILLS, LLC, DOUGER'S LOUNGE, and DOES 1-5, Inclusive, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

Plaintiff has submitted a motion to proceed in forma pauperis (filing 2). After reviewing the request, I shall waive payment of fees and grant Plaintiff leave to proceed in forma pauperis.

The Clerk of Court shall file the original complaint and the accompanying pleadings without the prepayment of costs or fees.

**IT IS SO ORDERED.**

**DATED January 25, 2016.**

                                            **BY THE COURT:**

                                            **S/ F.A. Gossett**
                                            **United States Magistrate Judge**