## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **VERYL JEFFERSON,**<br><br>　　　　　　**Plaintiff,**<br><br>vs.<br><br>**44TH STREET WESTERN HILLS, LLC, DOUGER'S LOUNGE, AND DOES 1-5, Inclusive,**<br><br>　　　　　　**Defendants.** | **8:16CV34**<br><br>**ORDER OF DISMISSAL AS TO DEFENDANT DOUGER'S LOUNGE** |

Before the Court are the Findings and Recommendation of Magistrate Judge F.A. Gossett (Filing No. 12) recommending that this case be dismissed for failure to prosecute as to Defendant Douger's Lounge. No objections have been filed. Under 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of the record and adopts the Findings and Recommendation in their entirety.

IT IS ORDERED:

1. The Magistrate Judge's Findings and Recommendation (Filing No. 19) are adopted in their entirety; and

2. The above-captioned case is dismissed without prejudice as to Defendant Douger's Lounge.

Dated this 1st day of August, 2016.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　s/Laurie Smith Camp
　　　　　　　　　　　　　　　　　　　Chief United States District Judge