IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| VERYL JEFFERSON,<br><br>                  Plaintiff,<br><br>vs.<br><br>44TH STREET WESTERN HILLS, LLC, DOUGER'S LOUNGE, AND DOES 1-5, Inclusive;<br><br>                  Defendants. | 8:16CV34<br><br>ORDER OF DISMISSAL |

This matter is before the Court on the Parties' Stipulated Dismissal with Prejudice (Filing No. 26). The Stipulation complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. The above-captioned action will be dismissed with prejudice, and the Court will not assess costs or attorney's fees. Accordingly,

IT IS ORDERED:

1. The Stipulated Dismissal with Prejudice (Filing No. 26) is approved;

2. The above-captioned action is dismissed with prejudice; and

3. The Court will not assess costs or attorney's fees.

Dated this 2nd day of November, 2016

                                                                   BY THE COURT:

                                                                   s/Laurie Smith Camp<br>
                                                                   Chief United States District Judge